UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGO SUBOTOVSKY et al., <br><br>                     Plaintiffs, <br><br> -against- <br><br> PASTOR KYSHAWN CEDRIC WHITE et al., <br><br>                     Defendants. | 24-cv-1549 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The complaint in this defamation case claims diversity jurisdiction. Dkt. 1 ¶ 2. The complaint alleges residency of the natural persons in the case as well as the principal place of business of the corporate defendant. *See id.* ¶¶ 4–7. These allegations are insufficient. There must be complete diversity of citizenship. Natural persons' citizenship is determined by domicile and corporate citizenship is determined by both principal place of business and state of incorporation.

By March 8, 2024, at 5:00 p.m., Plaintiffs shall voluntarily dismiss their claims, file an amended complaint correcting these pleading deficiencies, or propose another path forward.

SO ORDERED.

Dated: March 4, 2024
       New York, New York

                                                        _____
                                                        ARUN SUBRAMANIAN
                                                        United States District Judge