

April 26, 2024

<u>VIA ECF</u>

The Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>Re: Oral Argument in Subotovsky et al v. White et al (1:24-cv-01549-AS) by LeMar Moore, Esq.</u>

Dear Justice Subramanian:

    Our office writes this letter in support of Defendants' request for oral argument in the above case. Specifically, we write this letter in light of Rule 8(E) of your honor's Local Rules, which instructs that a letter be submitted to inform the Court if oral argument would be handled by a less-experienced attorney. Also pursuant to this Court's Rule 7(A), our office would appreciate the opportunity for Mr. Moore to argue the motion, since he is intimately familiar with the case law and research related to the motion. This would also be Mr. Moore's first opportunity to argue a motion before a federal court. Thank you in advance for your consideration.

                        Respectfully Submitted,

                By:  /s/ *Don M. Tellock*
                    Don M. Tellock
                    LeMar Moore
                    DMT & Associates PLLC
                    21 West End Ave. St. 2610
                    New York, NY 10023
                    646.989.8110
                    dtellock@dmtalaw.com
                    lmoore@dmtalaw.com