UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGO SUBOTOVSKY and GUIDO SUBOTOVSKY,<br><br>                    Plaintiffs,<br><br>        -against-<br><br>PASTOR KYSHAWN CEDRIC WHITE and SECOND PROVIDENCE BAPTIST CHURCH, INC.,<br><br>                    Defendants. | 24-cv-1549 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Discovery in this case is STAYED pending the Court's decision on defendants' motion to dismiss for lack of jurisdiction (Dkt. 29). The motions to extend discovery and to compel production are DENIED as moot in light of this order. If and when the parties resume discovery, they can make the applications again, if needed.

      The Clerk of Court is directed to terminate the motions at Dkts. 41, 42.

      SO ORDERED.

Dated: October 28, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge