UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUGO SUBOTOVSKY and GUIDO
SUBOTOVSKY,

                Plaintiffs,

-against-                      24 **CIVIL** 1549 (AS)

**<u>JUDGMENT</u>**

PASTOR KYSHAWN CEDRIC WHITE and
SECOND PROVIDENCE BAPTIST CHURCH,
INC.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2025, defendants' motion to dismiss is GRANTED. Their motion for sanctions is DENIED. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 27, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                                  **BY:**
                                                           **Deputy Clerk**